| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on August 27, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    ANNE A. LIPSCOMB | Case No.:  18-21046<br><br>Hearing Date:  08/23/2018<br><br>Judge:  JOHN K. SHERWOOD |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: August 27, 2018

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): ANNE A. LIPSCOMB

Case No.: 18-21046JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 08/23/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 8/23/2018 of the plan filed on 05/21/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/13/2018 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.