| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>TD BANK, N.A., SUCCESSOR BY MERGER TO COMMERCE BANK, N.A. | Order Filed on February 24, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Anne A. Lipscomb,<br><br>Debtor. | Case No.: 18-21046 JKS<br>Adv. No.:<br>Hearing Date: 2/14/19 @ 8:30 a.m.<br>Judge: John K. Sherwood |

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:        Anne A. Lipscomb
Case No.:      18-21046 JKS
Caption:       **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, TD BANK, N.A., SUCCESSOR BY MERGER TO COMMERCE BANK, N.A., holder of a mortgage on real property located at 115 Springdale Avenue, East Orange, NJ, 07017, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esquire, attorney for Debtor, Anne A. Lipscomb, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the claim is to be paid in full through the plan at interest rate of 6.625%; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to maintain all post-petition taxes and insurance, and any other escrow items; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if secured creditor has advanced for any post-petition escrow items thus far, those amounts will be paid in the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if Debtor fails to maintain any escrow items going forward, Secured Creditor can file a motion for relief from stay; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-21046-JKS
Anne A. Lipscomb                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Feb 25, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db             +Anne A. Lipscomb,    115 Springdale Ave.,    East Orange, NJ 07017-5366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    TD BANK, N.A., SUCCESSOR BY MERGER TO COMMERCE BANK,
           N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Anne A. Lipscomb rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5