UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
TD BANK, N.A., SUCCESSOR BY MERGER TO COMMERCE BANK, N.A.

Order Filed on August 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   18-21046 JKS

Chapter: 13

Hearing Date: 08/27/2020
Judge:  John K. Sherwood

In Re:

Anne A. Lipscomb

　　　DEBTOR.

# ORDER COMPELLING DEBTOR TO PROVIDE PROOF OF INSURANCE

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 31, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor:        Anne A. Lipscomb

Case No.:    18-21046-JKS

Order:         ORDER COMPELLING DEBTOR TO PROVIDE PROOF OF INSURANCE

Upon the motion of <u>TD BANK, N.A., SUCCESSOR BY MERGER TO COMMERCE BANK, N.A.</u>, for an Order compelling Debtor to provide proof of insurance, and for cause shown, it is

ORDERED that the Debtor shall supply proof of insurance within seven (7) days of the date of this order.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                         Case No. 18-21046-JKS
Anne A. Lipscomb                                               Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 1             Date Rcvd: Aug 31, 2020
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.
db             +Anne A. Lipscomb,   115 Springdale Ave.,   East Orange, NJ 07017-5390

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    TD BANK, N.A., SUCCESSOR BY MERGER TO COMMERCE BANK,
           N.A. dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Anne A. Lipscomb ecf@lowbankruptcy.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5