| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>  Anne A. Lipscomb | Case No.: _____18-21046_____<br>Chapter: _____13_____<br>Judge: _____JKS_____ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Anne A. Lipscomb_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒  I am not required to pay domestic support obligations, or

   ☐  I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __06/05/2023_____            /s/ Anne A. Lipscomb _____
                                                 Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*