**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

ANNE A. LIPSCOMB,

Case No.:  18-21046 JKS

Debtor

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $410.80, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:     ANNE A. LIPSCOMB - Debtor's Refund
                          115 SPRINGDALE AVE.
                          EAST ORANGE, NJ  07017

Amount:                   $410.80

Trustee Claim Number:     0

Reason:                    Not Cashing

By:  /S/  Marie-Ann Greenberg

Dated:  October 17, 2023          MARIE-ANN GREENBERG
                                  CHAPTER 13 STANDING TRUSTEE